IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Crim. No. 10-229 |
| ) | |
| BRENT KEVIN HERCULES ) | |
| ANTOINE and JEAN A. SERAPHIN, ) | |
| a/k/a ALLEN DEBROSSE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Defendant Jean A. Seraphin's Renewal of Motion for Judgment of Acquittal Pursuant to Fed.R.Crim.P. 29 [ECF No. 230]. On September 14, 2012, Defendant Seraphin moved for a judgment of acquittal pursuant to Fed.R.Crim.P. 29. This Court reserved its decision on Defendant's Motion for Judgment of Acquittal. On September 18, 2012, a jury found Mr. Seraphin guilty of conspiracy, possession of fifteen or more counterfeit or unauthorized access devices, and aggravated identity th eft.

AND NOW, this 12th day of February, 2013, it is hereby ORDERED, ADJUDGED, AND DECREED that the trial transcript shall be produced, with the costs to be paid by the United States. Upon review of the transcript, Defendant 's Renewal of Motion for Judgment of Acquittal Pursuant to Fed.R.Crim.P. 29, and the United States' Response , the Court will issue an Opinion and Order with respect to the Motion.

S/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior District Court Judge