IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Crim. No. 10-229 |
| | ) | |
| BRENT KEVIN HERCULES ANTOINE and JEAN A. SERAPHIN, a/k/a ALLEN DEBROSSE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 28th day of May, 2013, it is hereby ORDERED, ADJUDGED, AND DECREED that the Government shall FORTHWITH return to the Court the Exhibits listed on pages 16 through 21 of its "GOVERNMENT EXHIBIT LIST," said pages attached to this Order, other than the Exhibit 181 and the HSI exhibits listed on page 21 of the "GOVERNMENT EXHIBIT LIST."

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior District Court Judge